IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50511
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TONY MAURICE WATTS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. P-00-CR-440-2
---------------------
February 18, 2002
Before DAVIS, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:*

Tony Maurice Watts ("Watts") appeals his conviction for possession with the intent to distribute marijuana in violation of 21 U.S.C. § 841(a)(1). Watts argues that the evidence presented at his trial was insufficient to support his conviction.

The evidence showed that Watts owned the truck in which the marijuana was found, and he slept in the part of the truck where the marijuana was discovered. Watts' cousin Hearn attempted to drive away from the Border Patrol Agents at the inspection point.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The evidence also established that Watts did not take a direct route to his destination, which, had the trip been legitimate, would have resulted in lost profits.

The evidence presented at Watts' trial was sufficient for a reasonable jury to have found that he knowingly possessed the marijuana found in his truck.  See United States v. Garcia-Flores, 246 F.3d 451, 453-55 (5th Cir. 2001); see also United States v. Inocencio, 40 F.3d 716, 724-25 (5th Cir. 1994).

Consequently, Watts' conviction is AFFIRMED.